UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| BRETT STUDLEY,<br><br>   Plaintiff<br><br> v.<br><br>AMERICAN LEARNING SYSTEMS, INC.,<br>DOUGLAS LAURIE, and<br>LANEY STEARNS,<br><br>   Defendants | DOCKET NO:<br><br><br><br>**COMPLAINT<br>AND JURY DEMAND** |

## INTRODUCTION

This case arises out of the unlawful termination of Plaintiff Brett Studley, a teacher and girls basketball coach, because of his support for his student-athletes' decisions to wear "Black Lives Matter" t-shirts to their pre-game warmups in protest against racism at their school and in their community. Even though Brett Studley did precisely what the mission statement of Defendant American Learning Systems, Inc. d/b/a American Heritage School of Boca Delray encourages – showing "strong moral principles in every aspect of campus life" – the school fired him for it.

## PARTIES

1. Plaintiff Brett Studley ("Studley") is an individual who resides in Boca Raton, Florida.

2. Defendant American Learning Systems, Inc. ("American Heritage") is a for-profit corporation organized under the laws of Florida with a principal place of business at 12200 W. Broward Boulevard, Plantation, Florida.

## JURISDICTION AND VENUE

3. The Court has subject matter jurisdiction over this action under 28 U.S.C. § 1331, as the case arises under the Constitution, laws, or treaties of the United States.

1

4. The Court has *in personam* jurisdiction over American Heritage because American Heritage's principal place of business is in Florida and the individual defendants reside in Florida.

5. On August 27, 2021, Studley filed a complaint of discrimination regarding this matter with the Florida Commission on Human Relations pursuant to Fla. Stat. § 760.11.

6. On March 4, 2022, the office of the Florida Commission on Human Relations issued a Notice of Rights letter to Studley which permits him to bring this action. See **Exhibit 1**, March 4, 2022, Notice of Rights Letter from the Florida Commission on Human Relations to Studley.

7. Venue is proper in the Southern District of Florida under 28 U.S.C. § 1391(b)(1) and (2) as American Heritage's principal place of business is in the judicial district and a substantial part of the events giving rise to Plaintiff's claims occurred in the judicial district.

## FACTS

### *American Heritage*

8. American Heritage is a private, for-profit pre-kindergarten-to-grade-12 school system with campuses in Broward and Palm Beach counties. American Heritage touts itself as the "#1 Private School In The Nation."

9. Most of the faculty and student body at American Heritage is white.

10. American Heritage employs a work-service program allowing parents of students who could not otherwise afford to attend the school to work part-time on-campus jobs to help defray the cost of tuition.

11. During his employment, Studley was surprised to see that white parents who utilized the program were much more likely to be given positions that interfaced with the public, whereas non-white parents were more likely to be given janitorial duties.

*Coach Studley*

12. On August 10, 2017, Studley began working at American Heritage as a teacher and head coach of the girls' basketball team (the "Lady Stallions") at American Heritage's Palm Beach campus. By then, Studley had already been a licensed professional Florida educator for six years and had coached basketball at the scholastic and collegiate levels for twelve years.

13. In his first years as head basketball coach, Studley headed a rapid turn-around. After a less-than-stellar 3-18 first season, Studley led the Lady Stallions to a 20-9 record in his second season and the team qualified for the regional semifinals of the Florida High School Athletic Association ("FHSAA") Class 4A State Championships. By the 2020-21 school year, Studley and the Lady Stallions were poised to contend for the FHSAA Class 4A State Championship.

*The Racially Discriminatory Classroom Incident and American Heritage's Lack of Response*

14. On March 1, 2020, in response to the COVID-19 pandemic, American Heritage turned to remote learning to allow its students to continue attending classes. However, American Heritage cancelled school sports for the remainder of the school year. Sports were to resume in the fall of 2020, and all participating student-athletes would continue to attend school remotely.

15. On November 24, 2020, a black student-athlete and member of the Lady Stallions ("Student-Athlete 1") was attending a virtual American Heritage class taught by David Hession ("Hession") when a student joined a class activity with **"blacks smell"** displayed as their screen name. This was not the first time a participant in an American Heritage virtual classroom displayed racially inflammatory imagery onscreen. Hession captured screenshots of this incident.

16. As one of only two black students in the class, Student-Athlete 1 felt personally attacked and burst into tears. She relayed her experience to her teammates.

17.     Studley learned about the incident from Hession soon after it occurred. Troubled, Studley urged Hession to report the incident to Principal Lisa LeFevre ("LeFevre").

18.     Moments after his conversation with Hession, Studley approached American Heritage Dean Muhammad Abdullah ("Abdullah") and showed him the screenshots. Abdullah told Studley that he was going to open an investigation into the incident.

19.     Later that day, another Lady Stallion ("Student-Athlete 2") reported the incident to LeFevre, describing it as just another example of discrimination at American Heritage against students of color and informing LeFevre of how disturbed she was by the situation.

20.     Student-Athlete 2's parents contacted American Heritage to complain about the incident.

21.     By November 30, 2020, despite multiple requests for information about the investigation, Studley had received no updates from the administration and American Heritage had issued no statements regarding the incident.

22.     Around November 30, 2020, Studley asked his supervisor, Palm Beach campus Athletic Director Laney Stearns ("Stearns"), for the school to send out an email stating simply that American Heritage would not tolerate acts of racial discrimination in any form. Stearns refused.

*Student-Athletes Take a Stand Against Racism*

23.     On December 1, 2020, the Lady Stallions were scheduled to play an away game. The school had yet to address the racial slur incident, so Student-Athlete 1 asked Studley if she could wear a "Black Lives Matter" t-shirt during warm-ups.

24.     Because his students clearly felt abandoned by American Heritage, as it had not responded to the racial slur incident and had not taken any action or made any statement about it, Studley worried that rejecting Student-Athlete 1's request would tacitly ratify both the use of a

4

racial slur in the classroom and American Heritage's failure to respond to it. Based on these considerations, Studley felt he had a moral and professional duty to grant Student-Athlete 1's request, which he did. At the December 1, 2020, game, Student-Athlete 1 warmed up in a t-shirt that contained the words "Black Lives Matter."

25. On December 3, 2020, the day before the Lady Stallions' next scheduled home game, Student-Athlete 1 again asked to wear the "Black Lives Matter" t-shirt for warm-ups. Studley told her that he would support her decision. When she heard about Student-Athlete 1's idea, Student-Athlete 2 also decided to wear a "Black Lives Matter" t-shirt during warm-ups. Studley told Student-Athlete 2 that he also supported her decision, for the same reasons.

26. An American Heritage student took a photograph of the student-athletes wearing "Black Lives Matter" t-shirts and later posted it to their personal Twitter page, as did American Heritage Football Coach Christopher Rutledge ("Rutledge").

### *American Heritage Attempts to Quash Student-Athlete Advocacy*

27. On December 5, 2020, Stearns, after having seen Rutledge's Twitter post, called Studley and scolded him, reiterating that they had already discussed the school's refusal to make a statement about racism. Studley noted that they had discussed the lack of a response by the school to the racial slur incident and had not discussed the student-athletes' decision to wear "Black Lives Matter" t-shirts in response.

28. During the call, Stearns rejected the idea that black lives matter and stated, "All lives mattered."

29. Stearns also asked Studley why those who used "Black Lives Matter" loot communities and referenced black-on-black crime in support of his position.

5

30. At the end of the conversation, Stearns suggested that American Heritage President Douglas Laurie ("Laurie") would take action against Studley when he saw the Twitter posts.

31. At the time, Stearns had a history of violating ethics laws to advance his own interests. On January 30, 2019, the State of Florida's Commission on Ethics announced that Stearns, while acting as Plantation city fire chief, violated the state's anti-nepotism law by hiring or promoting his own son. In addition, Karen Stearns – Stearns's wife – serves as athletic director for American Heritage's Broward campus.

32. On December 5, 2020, Studley also learned from American Heritage's contact tracing team that he had been in close contact with an American Heritage employee who had been exposed to COVID-19 and was asked to self-quarantine. No member of the girls' basketball team was asked to self-quarantine, so the team continued to practice at the campus gym while Studley attended practices via Zoom.

33. On December 8, 2020, Stearns called Studley to inform him of the protocols for his return to campus and explicitly told Studley that members of the girls' basketball team were forbidden from wearing "Black Lives Matter" t-shirts during pre-game warm-ups. Studley reluctantly relayed Stearns's – and therefore the school's – directive to the Lady Stallions.

34. Although American Heritage forbade black students from wearing "Black Lives Matter" t-shirts during pre-game warm-ups, it had previously allowed white American Heritage students to display "Trump" flags, "Trump 2024" banners, and "Blue Lives Matter" flags during virtual classes without consequence. In light of the racial slur incident, Studley felt that American Heritage's newly selective enforcement of its policies was racially discriminatory.

35. Prior to the Lady Stallions' next game, scheduled for December 10, 2020, Studley received calls from several of his student-athletes' parents asking what would happen if their

children warmed up in "Black Lives Matter" t-shirts. Studley told them truthfully that he did not know.

36. On or about December 9, 2020, Stearns, an athletic director taking an unusually active role in the enforcement of a dress code policy, called Studley and ordered him to bench any student-athlete who attempted to warm up in a "Black Lives Matter" t-shirt and warned that any student-athlete who warmed up in a "Black Lives Matter" t-shirt would be immediately suspended. Studley told Stearns that he would refuse to force his assistant coaches to enforce the directive, which Studley viewed as racially discriminatory.

37. During the December 9, 2020, call, Studley noted that Student-Athlete 2 had over 60,000 followers on Instagram and was considering posting about the controversy. Stearns responded, "Dwyane Wade couldn't take us down. Do you think the administration is afraid of a high school girl?", touching on American Heritage's recent history of receiving backlash for its attitude toward racism and discrimination. Regarding the reference to Dwayne Wade, in 2018, NBA star Dwyane Wade and actress Gabrielle Union publicly supported an investigation into the alleged race-based expulsion of Cyrus Nance, a black American Heritage student-athlete. American Heritage also faced a groundswell of criticism in the summer of 2020 for a statement about diversity on its campus, widely seen as vapid and passive, in the wake of national protests advocating for racial justice and police reform.

38. On another call on December 9, 2020, Stearns threatened Studley's employment, saying "What's going to stop [Laurie] from cancelling games and then blaming it on COVID?"

39. On the evening of December 9, 2020, team parents posted on Twitter about their unhappiness with American Heritage's handling of the "Black Lives Matter" t-shirts situation. The local high school sports community quickly took notice of the posts.

40. American Heritage's own policies support Studley's refusal to participate in Stearns' racially motivated scheme. The American Heritage Employee Handbook requires that faculty members:

> Shall not harass or discriminate against any student on the basis of race, color, religion, sex, age, national or ethnic origin, political beliefs, marital status, handicapping condition, sexual orientation, or social and family background and shall make reasonable effort to assure that each student is protected from harassment or discrimination.

41. The American Heritage policy cited above, as well as the Florida Department of Education's Rule 6A-10.081, which contains language substantially similar to the American Heritage policy, states further that: "Violation of any of these principles shall subject the individual to revocation or suspension of the individual educator's certificate, or the other penalties as provided by law." At all relevant times, Studley has held a valid Florida educator's certificate.

*American Heritage Retaliates by Cancelling Lady Stallions Basketball Games and Events*

42. On the morning of December 10, 2020, Stearns informed Studley that American Heritage's Broward campus basketball team had cancelled that night's game against the Lady Stallions. Stearns told Studley that he didn't know why the game was cancelled but mentioned the parents' Twitter posts.

43. After the call with Stearns, Studley called the coach of the Broward campus basketball team about the cancellation. The Broward campus coach was surprised and did not know that the game was cancelled. The coach promised to speak to his campus's athletic director Karen Stearns – Stearns's wife – about it.

44. Shortly thereafter, Studley received another call from Stearns informing him that a basketball tournament fundraiser scheduled for the upcoming weekend, which Studley had helped organize, was also cancelled.

8

45. When Studley asked why, Stearns said all events were being cancelled to "disinfect the gym due to the member of the boys basketball team who had tested positive for COVID-19", or words to that effect, despite the school having already completed contact tracing five days prior and after the school learned of the positive test even earlier than that.

46. When students or employees at American Heritage had tested positive for COVID-19 in the past, no room or building on the American Heritage Palm Beach campus had been closed for several days for "disinfecting."

47. Upon learning the purported reason for the cancellation, some parents posted their discontent on Twitter, believing that American Heritage had cancelled their children's basketball game in retaliation for student-athletes wearing "Black Lives Matter" t-shirts.

48. On December 12, 2020, Studley received a call from Robert Stone ("Stone"), headmaster of American Heritage's Palm Beach campus. Stone asked Studley for all communications between Studley, the athletic department, Lady Stallions players, and their families. Studley shared that information with Stone the same day.

49. Later that day, American Heritage's administration sent an email to faculty, staff, parents, and students stating that they had finally investigated the November 24, 2020, incident. The e-mail did not denounce the use of the racial slurs and did not offer any resources for students affected by the incident.

50. Following the December 12, 2020, email, American Heritage made no further investigation and took no further action regarding the November 24, 2020, incident.

*Coach Studley Reacts to American Heritage's Inaction Against Racism*

51. On Sunday, December 13, 2020, concerned that if he remained silent any longer he would be complicit in the school's refusal to condemn racism, Studley made the following three posts on Twitter:



52. As of December 13, 2020, the Lady Stallions basketball team had had no cases of players with COVID-19 during the 2020-2021 season.

53. On December 14, 2020, at team practice, Studley reiterated the school's position about the "Black Lives Matter" t-shirts, but left the decision about wearing them up to each student-athlete and told them he would support them no matter their choice.

54. On December 15, 2020, prior to the Lady Stallions' game, seven of the ten team members wore "Black Lives Matter" t-shirts during warm-ups. The other three team members expressed support for their teammates' position in other ways.

55. In the weeks following Studley's Twitter posts, several media outlets contacted Studley for comment about American Heritage and its history of racial controversy. In response, Studley acknowledged only his support of the student-athletes' decisions to wear "Black Lives Matter" t-shirts, but did not comment on American Heritage's response.

56. Members of the Lady Stallions continued to wear "Black Lives Matter" t-shirts during warm-ups until their final game on February 25, 2021.

57. That season, the Lady Stallions advanced to the 2021 FHSAA Class 4A state semifinals – the furthest the team had ever advanced in school history.

58. On May 4, 2021, Studley received an email from American Heritage's Strategic Operations Director Natalie Laurie asking if Studley was interested in joining a recently created Diversity, Equity, and Inclusion ("DEI") Task Force Committee.

59. On May 5, 2021, in response Studley wrote, in part:

> I thought this task force was put in place to address the systemic issues here at American Heritage, however it seems like it is just for optics…. A player of mine was racially attacked in her class and the school refused to make a statement condemning that behavior. Instead the school cared more to protect the student who caused the situation and not the student who was attacked. I believe if the Task Force was here for real change, consulting with them would have been a wise choice. Our standing as a school has taken a deep hit in communities of color and we continue to do nothing to repair it. I hope that this Task Force does the job it was intended to

do, but my feelings are that this is just another way to put lipstick on a pig.

### *American Heritage Fires Studley for Standing with His Students Against Racism*

60. On May 17, 2021, Studley met with LeFevre and CFO June Walker ("Walker") to discuss his May 5, 2021, email. LeFevre and Walker told Studley they viewed his statements as false and that the administration's response to the racial slur incident and the subsequent reaction from the girls' basketball team was adequate. Studley disagreed.

61. At this meeting, Studley reported other instances of racial discrimination he has witnessed at American Heritage, including heightened scrutiny in admissions toward students of color, incidents where he was asked "what color" prospective girls' basketball players were, and racially disparate student discipline.

62. On June 10, 2021, Laurie told Studley that his contract would not be renewed for the 2021-2022 school year, effectively terminating his employment.

63. Laurie said the administration had lost faith in Studley "for making false statements" in his May 5, 2021, email and the May 17, 2021, meeting, and for "lying to the media." Studley denies these allegations.

64. During the meeting, Studley told Laurie he believed the December 10, 2020, game was cancelled because black student-athletes planned to wear "Black Lives Matter" t-shirts at the game. Studley stated that the school's given reasons for the cancellation were pretextual.

65. Before this meeting, Studley was not warned that American Heritage was considering taking any adverse action against him.

66. After Studley's termination, at least three student-athletes who played for Studley transferred from American Heritage to other schools.

67. American Heritage terminated Studley because of his association with and support for black student-athletes on the girls' basketball team, because of his opposition to and refusal to participate in American Heritage's racial discrimination, and because of his complaints about racial discrimination to American Heritage.

## CAUSES OF ACTION

### COUNT I
### Violation of 42 U.S.C. § 2000e
### (Against American Heritage)

68. Plaintiff incorporates and realleges the preceding paragraphs as if fully restated herein.

69. At all relevant times, Plaintiff was qualified by his education, training, experience, and/or licensure for the position for which he was employed by American Heritage.

70. American Heritage's termination of Plaintiff's employment constituted an adverse employment action.

71. At the time of Plaintiff's termination, American Heritage knew that Plaintiff had an association with students at the school who were members of a protected class based on their race.

72. Plaintiff's association with students at American Heritage who were members of a protected class based on their race was a determining factor in American Heritage's decision to terminate him.

73. As a direct and proximate result of American Heritage's conduct, Plaintiff has suffered damages including lost wages, other lost employment benefits, reputational harm, emotional distress, attorney's fees, legal costs and fees, and other direct and consequential damages, in an amount to be determined at trial.

**COUNT II**
**Violations of 42 U.S.C. § 1981**
**(Against American Heritage)**

74. Plaintiff incorporates and realleges the preceding paragraphs as if fully restated herein.

75. As described herein, American Heritage has violated 42 U.S.C. § 2000e.

76. At all relevant times, Plaintiff was qualified by his education, training, experience, and/or licensure for the position for which he was employed by American Heritage.

77. American Heritage's termination of Plaintiff's employment constituted an adverse employment action.

78. At the time of Plaintiff's termination, American Heritage knew that Plaintiff had an association with students at American Heritage who members of a protected class based on their race.

79. Plaintiff's association with students at American Heritage who were members of a protected class based on their race was a determining factor in American Heritage's decision to terminate him.

80. As a direct and proximate result of American Heritage's conduct, Plaintiff has suffered damages including lost wages, other lost employment benefits, reputational harm, emotional distress, attorney's fees, legal costs and fees, and other direct and consequential damages, in an amount to be determined at trial.

**COUNT III:**
**Violation of Fla. Stat. Ann. § 760.10**
**(Against American Heritage)**

81. Plaintiff incorporates and realleges the preceding paragraphs as if fully restated herein.

82. At all relevant times, Plaintiff had an association with students at American Heritage who were members of a protected class based on their race.

83. As a direct and proximate result of Plaintiff's protected association with members of a protected class, Plaintiff suffered the adverse employment action of the termination of his employment.

84. As a direct and proximate result of American Heritage's conduct, Plaintiff has suffered damages including lost wages, other lost employment benefits, reputational harm, emotional distress, attorney's fees, legal costs and fees, and other direct and consequential damages, in an amount to be determined at trial.

## COUNT IV:
## Wrongful Termination in Violation of Public Policy
## (Against American Heritage)

85. Plaintiff incorporates and realleges the preceding paragraphs as if fully restated herein.

86. Plaintiff's termination violated public policy and was therefore wrongful.

87. Plaintiff was terminated in retaliation for his refusal to participate in or condone American Heritage's racial discrimination as described herein.

88. Plaintiff was terminated for refusing to violate the terms and conditions of his educator's license, as described in Florida Department of Education Rule 6A-10.081.

89. As a direct and proximate result of American Heritage's conduct, Plaintiff has suffered damages including lost wages, other lost employment benefits, reputational harm, emotional distress, attorney's fees, legal costs and fees, and other direct and consequential damages, in an amount to be determined at trial.

## COUNT V:
## Tortious Interference with Contractual Relationship
## (Against Laurie and Stearns)

90. Plaintiff incorporates and realleges the preceding paragraphs as if fully restated herein.

91. At all relevant times, Plaintiff maintained a contractual relationship with American Heritage.

92. Laurie and Stearns intentionally, wrongfully, and by improper means and with improper motive interfered with Plaintiff's contractual relationship.

93. Laurie and Stearns acted with a spiteful, malicious, malignant purpose unrelated to any legitimate business purpose.

94. As a direct and proximate result of Laurie's and Stearns's conduct, Plaintiff has suffered damages including lost wages, other lost employment benefits, reputational harm, emotional distress, attorney's fees, legal costs and fees, and other direct and consequential damages, in an amount to be determined at trial.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Brett Studley prays for the following relief:

A. that the Court enter judgment in favor of Plaintiff on all Causes of Action;

B. that the Court, as to all Causes of Action, award the Plaintiff damages in an amount to be determined at trial, including compensatory damages, liquidated damages, and punitive damages as allowed by law, interest, costs, and reasonable attorneys' fee as allowed by law;

C. that the Court order such other, further, and different non-monetary relief as the nature of this action may require and that the Court deems just and proper.

Respectfully submitted,

By the Plaintiff,
BRETT STUDLEY,
by his attorney,

Dated: August 25, 2022 */s/ Charles F. Rodman*
Charles F. Rodman
Florida State Bar No.: 0147737
chuck.rodman@rodmanemploymentlaw.com
RODMAN EMPLOYMENT LAW
181 Wells Ave., Suite 101
Newton, MA 02459
Tel: (617) 820-5250

# EXHIBIT 1

 

## State of Florida
## Florida Commission on Human Relations

*An Equal Opportunity Employer • Affirmative Action Employer*

4075 Esplanade Way • Room 110 • Tallahassee, Florida 32399-7020
(850) 488-7082 / FAX : (850) 487-1007
http://fchr.state.fl.us
*United in One Goal: Equal Opportunity and Mutual Respect*

**Ron DeSantis**
*Governor*

**Darrick McGhee**
*Chair*
**Cheyanne Costilla**
*Executive Director*

FCHR No.: 202230501
EEOC No.: 15D202100844

CERTIFIED MAIL RECEIPT 9171 9690 0935 0269 0364 72

Brett Studley                                              **COMPLAINANT**
c/o Charles F. Rodman, Esq.
181 Wells Avenue, Suite 101
Newton, MA 02459

American Heritage Schools                                  **RESPONDENT**
c/o Suzanne Bogdan, Esq.
Fisher & Phillips, LLC
450 East Las Olas Boulevard, Suite 800
Ft. Lauderdale, FL 33301

## NOTICE OF RIGHTS

The Florida Commission on Human Relations (Commission) was unable to conciliate or make a reasonable cause determination within 180 days of the filing of the complaint in this matter. Therefore, pursuant to sections 760.11(4) and (8), *Florida Statutes*, the complainant may now either:

(1) Bring a civil action against the person named in the complaint in any court of competent jurisdiction **WITHIN ONE YEAR** of the date of this notice; or

(2) Request an administrative hearing with the Division of Administrative Hearings under sections 120.569 and 120.57, *Florida Statutes*, by filing a Petition for Relief **WITHIN 35 DAYS** of the date of this notice. A blank Petition for Relief form is enclosed.

The complainant is encouraged to consult with private legal counsel in order to determine the best course of action. The Commission will take no further action, and this matter will be closed if a Petition for Relief is not received within 35 days.

## CERTIFICATE OF SERVICE

**COMMISSIONERS**

| | | | |
|---|---|---|---|
| **Monica Cepero** *Fort Lauderdale* | **Libby Farmer** *Tallahassee* | **Mario Garza** *Lakewood Ranch* | **Dawn Hanson** *Tallahassee* |
| **Larry Hart** *Fort Myers* | **Darrick McGhee** *Chair* *Tallahassee* | **Kenyetta Mullins Moyé** *Tallahassee* | **Vivian Myrtetus** *Miami* |
| **Pamela Payne** *Jacksonville* | **Jay Pichard** *Tallahassee* | **Angela Primiano** *Vice Chair* *Hollywood* | |